# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201600325**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## TYRONE M. WALKER
Logistics Specialist Seaman Apprentice (E-2), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Charles N. Purnell, JAGC, USN.
Convening Authority: Commodore, First Navy Expeditionary
Logistics Regiment, Williamsburg, VA.
Staff Judge Advocate's Recommendation: Lieutenant Commander
Janelle M. Beal, JAGC, USN.
For Appellant: Commander Richard E.N. Federico, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 16 February 2017

———————————————

Before CAMPBELL, RUGH, and ELLINGTON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court